# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

JERRY FUNDERBERG,

    Plaintiff /PETITIONER,

V.

PAUL DERDINI, SUPERINTENDENT,

    Defendant /RESPONDENT(S).

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED
IN CLERKS OFFICE
2004 JUN -9  D 12:46
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

I, **JERRY FUNDERBERG** _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes  [ ] No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **M.C.I. SHIRLEY MEDIUM COMPLEX**

   Are you employed at the institution? **NO**  Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  [ ] Yes  [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   **N/A**

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   **UNKNOWN DUE TO INCARCERATION FOR THE LAST 28 YEARS.**

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment  [ ] Yes  [X] No
   b. Rent payments, interest or dividends            [ ] Yes  [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes  [X] No
   d. Disability or workers compensation payments     [ ] Yes  [X] No
   e. Gifts or inheritances                           [ ] Yes  [X] No
   f. Any other sources                               [ ] Yes  [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   **N/A**

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040527 06:59

| | | | | | Page 1 |
|---|---|---|---|---|---|
| Commit# : | W35608 | | MCI SHIRLEY (MEDIUM) | | |
| Name : | FUNDERBERG, JERRY, , | | Statement From | 20031118 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20040518 | |
| Block : | P-2 | | | | |
| Cell/Bed : | 58 / 58B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040210 11:36 | IS - Interest | 2358249 | | SHI | | $4.67 | $0.00 | $0.00 | $0.00 |
| 20040210 11:36 | IS - Interest | 2358250 | | SHI | | $0.00 | $0.00 | $0.28 | $0.00 |
| 20040211 07:28 | CN - Canteen | 2324920 | | SHI | ~Canteen Date : 20040210 | $0.00 | $49.99 | $0.00 | $0.00 |
| 20040211 08:11 | ML - Mail | 2375530 | | SHI | ~VIRGINIA WERZBECKE CVS# 7913146405 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040211 23:09 | PY - Payroll | 2384737 | | SHI | ~20040125 To 20040131 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040211 23:09 | PY - Payroll | 2384738 | | SHI | ~20040125 To 20040131 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040218 23:07 | PY - Payroll | 2412456 | | SHI | ~20040201 To 20040207 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040218 23:07 | PY - Payroll | 2412457 | | SHI | ~20040201 To 20040207 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040223 09:07 | ML - Mail | 2423516 | | SHI | ~VIRGINIA WERZBECKE CVS# 7913146426 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040224 22:30 | CN - Canteen | 2430542 | | SHI | ~Canteen Date : 20040224 | $0.00 | $47.21 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2441864 | | SHI | ~20040208 To 20040214 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2441865 | | SHI | ~20040208 To 20040214 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040226 08:51 | EX - External Disbursement | 2444832 | 43650 | SHI | ~TANDYKA GALLOWAY | $0.00 | $200.00 | $0.00 | $0.00 |
| 20040227 14:38 | IC - Transfer from Inmate to Club A/c | 2450411 | | SHI | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - 73 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040301 08:25 | VI - Visitation | 2452103 | | SHI | ~WU# 06570295752~FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040301 09:23 | ML - Mail | 2452388 | | SHI | ~CVS# 7913146472~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2471280 | | SHI | ~20040215 To 20040221 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2471281 | | SHI | ~20040215 To 20040221 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040304 14:39 | IC - Transfer from Inmate to Club A/c | 2475725 | | SHI | ~APPLIANCES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20040305 09:58 | ML - Mail | 2479387 | | SHI | ~CVS# 7974031013~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040305 15:27 | CI - Transfer from Club to Inmate A/c | 2480390 | | SHI | ~REFUND 2/27/04~W35608 FUNDERBERG,JERRY PERSONAL~HAIRCUT REVENUE - 73 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489713 | | SHI | | $4.75 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489714 | | SHI | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2516693 | | SHI | ~20040222 To 20040228 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2516694 | | SHI | ~20040222 To 20040228 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040312 08:39 | ML - Mail | 2524242 | | SHI | ~BROOKS# 7888795785~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040315 09:06 | VI - Visitation | 2526394 | | SHI | ~CVS# 7914147707~FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2545841 | | SHI | ~20040229 To 20040306 | $2.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040527 06:59

| | | | |
|---|---|---|---|
| Commit# : | W35608 | MCI SHIRLEY (MEDIUM) | Page : 1 |
| Name : | FUNDERBERG, JERRY, , | Statement From 20031118 | |
| Inst : | MCI SHIRLEY (MEDIUM) | To 20040518 | |
| Block : | F-2 | | |
| Cell/Bed : | 58 /58B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $6,569.83 | $3,262.84 | $200.22 | $3.00 |
| 20031118 22:31 | CN - Canteen | 1977620 | | SHI | ~Canteen Date : 20031118 | $0.00 | $48.16 | $0.00 | $0.00 |
| 20031119 23:06 | PY - Payroll | 1987661 | | SHI | ~20031102 To 20031108 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031119 23:06 | PY - Payroll | 1987662 | | SHI | ~20031102 To 20031108 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20031121 08:06 | ML - Mail | 1995418 | | SHI | ~POSTAL# 05886230218~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031125 09:12 | IC - Transfer from Inmate to Club A/c | 2004260 | | SHI | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031125 22:31 | CN - Canteen | 2010710 | | SHI | ~Canteen Date : 20031122 | $0.00 | $49.99 | $0.00 | $0.00 |
| 20031126 08:19 | ML - Mail | 2011014 | | SHI | ~POSTAL# 05886212927~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031126 23:06 | PY - Payroll | 2020901 | | SHI | ~20031109 To 20031115 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031126 23:06 | PY - Payroll | 2020902 | | SHI | ~20031109 To 20031115 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20031201 08:28 | VI - Visitation | 2025087 | | SHI | ~WU# 06795403359~FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031203 08:38 | ML - Mail | 2034234 | | SHI | ~CVS# 7913146129~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031203 23:06 | PY - Payroll | 2043457 | | SHI | ~20031116 To 20031122 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031203 23:06 | PY - Payroll | 2043458 | | SHI | ~20031116 To 20031122 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20031209 08:20 | ML - Mail | 2058870 | | SHI | ~CVS# 7913146158~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2061061 | | SHI | | $4.17 | $0.00 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2061062 | | SHI | | $0.00 | $0.00 | $0.25 | $0.00 |
| 20031210 23:06 | PY - Payroll | 2088683 | | SHI | ~20031123 To 20031129 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20031210 23:06 | PY - Payroll | 2088684 | | SHI | ~20031123 To 20031129 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20031215 09:10 | VI - Visitation | 2099641 | | SHI | ~WU# 06828462005~FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031217 23:05 | PY - Payroll | 2120109 | | SHI | ~20031130 To 20031206 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031217 23:05 | PY - Payroll | 2120110 | | SHI | ~20031130 To 20031206 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20031218 15:05 | IC - Transfer from Inmate to Club A/c | 2124138 | | SHI | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031219 09:01 | ML - Mail | 2127720 | | SHI | ~CVS# 7913146182~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031222 22:31 | CN - Canteen | 2139404 | | SHI | ~Canteen Date : 20031222 | $0.00 | $64.53 | $0.00 | $0.00 |
| 20031224 23:05 | PY - Payroll | 2157393 | | SHI | ~20031207 To 20031213 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031224 23:05 | PY - Payroll | 2157394 | | SHI | ~20031207 To 20031213 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20031230 08:49 | ML - Mail | 2168387 | | SHI | ~CVS# 7913146226~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031230 08:49 | ML - Mail | 2168389 | | SHI | ~CVS# 7913146195~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040527 06:59

| | | | | | Page : | 2 |
|---|---|---|---|---|---|---|
| Commit# : | W35608 | | | MCI SHIRLEY (MEDIUM) | | |
| Name : | FUNDERBERG, JERRY, , | | Statement From | 20031118 | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20040518 | | |
| Block : | F-2 | | | | | |
| Cell/Bed : | 58 /5BB | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031230 22:30 | CN - Canteen | 2171894 | | SHI | ~Canteen Date : 20031230 | $0.00 | $64.76 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2183083 | | SHI | ~20031214 To 20031220 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20031231 23:06 | PY - Payroll | 2183084 | | SHI | ~20031214 To 20031220 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040107 23:08 | PY - Payroll | 2210956 | | SHI | ~20031221 To 20031227 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040107 23:08 | PY - Payroll | 2210957 | | SHI | ~20031221 To 20031227 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040108 08:11 | ML - Mail | 2213580 | | SHI | ~CVS# 7913146259--WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040112 08:26 | VI - Visitation | 2221984 | | SHI | ~WU# 06795403888--FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2228627 | | SHI | | $4.65 | $0.00 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2228628 | | SHI | | $0.00 | $0.00 | $0.27 | $0.00 |
| 20040113 22:30 | CN - Canteen | 2245376 | | SHI | ~Canteen Date : 20040113 | $0.00 | $57.84 | $0.00 | $0.00 |
| 20040114 23:07 | PY - Payroll | 2255596 | | SHI | ~20031228 To 20040103 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040114 23:07 | PY - Payroll | 2255597 | | SHI | ~20031228 To 20040103 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040115 15:01 | IC - Transfer from Inmate to Club A/c | 2259620 | | SHI | ~OPTOMETRIST 11/26/03- MEDICAL CO-PAYMENT - Z4--MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040116 08:46 | ML - Mail | 2263063 | | SHI | ~CVS# 7913146283--WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040121 23:10 | PY - Payroll | 2282863 | | SHI | ~20040104 To 20040110 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040121 23:10 | PY - Payroll | 2282864 | | SHI | ~20040104 To 20040110 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040122 08:27 | ML - Mail | 2285587 | | SHI | ~CVS# 7913146301--WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040126 08:42 | VI - Visitation | 2293912 | | SHI | ~WU# 06570295305--FUNDERBURG, CYNTHIA, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040127 22:31 | CN - Canteen | 2303367 | | SHI | ~Canteen Date : 20040127 | $0.00 | $49.60 | $0.00 | $0.00 |
| 20040128 23:07 | PY - Payroll | 2311835 | | SHI | ~20040111 To 20040117 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040128 23:07 | PY - Payroll | 2311836 | | SHI | ~20040111 To 20040117 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040129 08:23 | ML - Mail | 2314559 | | SHI | ~CVS# 7913146332--WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040130 11:55 | IC - Transfer from Inmate to Club A/c | 2320055 | | SHI | ~HAIRCUT REVENUE - Z3--HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040202 11:53 | CI - Transfer from Club to Inmate A/c | 2323124 | | SHI | ~REFUND 12/15/03-W35608 FUNDERBERG,JERRY PERSONAL--HAIRCUT REVENUE - Z3 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20040204 23:07 | PY - Payroll | 2339710 | | SHI | ~20040118 To 20040124 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040204 23:07 | PY - Payroll | 2339711 | | SHI | ~20040118 To 20040124 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040205 07:57 | ML - Mail | 2342305 | | SHI | ~BROOKS# 7888795548--WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040209 08:23 | VI - Visitation | 2350031 | | SHI | ~CYNTHIA FUNDERBURG WU# 06570295507 | $100.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040527 06:59

| | | | | |
|---|---|---|---|---|
| Commit# : | W35608 | | MCI SHIRLEY (MEDIUM) | Page : 4 |
| Name : | FUNDERBERG, JERRY, , | Statement From | 20031118 | |
| Inst : | MCI SHIRLEY (MEDIUM) | To | 20040518 | |
| Block : | F-2 | | | |
| Cell/Bed : | 58 /58B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040317 23:01 | PY - Payroll | 2545842 | | SHI | ~20040229 To 20040306 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040318 10:23 | ML - Mail | 2549473 | | SHI | ~CVS/TRAV EXP 79740310617 ~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040318 10:24 | ML - Mail | 2549480 | | SHI | ~CVS PHARMACY /TRAV EXP 79740310639 ~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040323 22:30 | CN - Canteen | 2565679 | | SHI | ~Canteen Date : 20040323 | $0.00 | $48.72 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2575018 | | SHI | ~20040307 To 20040313 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2575019 | | SHI | ~20040307 To 20040313 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2603082 | | SHI | ~20040314 To 20040320 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2603083 | | SHI | ~20040314 To 20040320 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040402 08:23 | ML - Mail | 2610452 | | SHI | ~BROOKS/TRAV EXP 78887959392 ~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040402 12:50 | IC - Transfer from Inmate to Club A/c | 2611684 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040406 22:30 | CN - Canteen | 2622625 | | SHI | ~Canteen Date : 20040406 | $0.00 | $42.50 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2632777 | | SHI | ~20040321 To 20040327 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2632778 | | SHI | ~20040321 To 20040327 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040408 09:16 | ML - Mail | 2635993 | | SHI | ~POSTAL# 06530949797~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040412 08:37 | VI - Visitation | 2643728 | | SHI | ~WU# 08115142092~FUNDERBURG, CYNTHIA, , | $200.00 | $0.00 | $0.00 | $0.00 |
| 20040412 15:21 | CI - Transfer from Club to Inmate A/c | 2645624 | | SHI | ~REFUND 4/2/04-W35608 FUNDERBERG,JERRY PERSONAL~HAIRCUT REVENUE - 73 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2650361 | | SHI | | $5.16 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2650362 | | SHI | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2677507 | | SHI | ~20040328 To 20040403 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2677508 | | SHI | ~20040328 To 20040403 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040416 09:00 | ML - Mail | 2685220 | | SHI | ~POSTAL# 06853042980~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040416 14:26 | IC - Transfer from Inmate to Club A/c | 2686385 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040420 22:30 | CN - Canteen | 2695828 | | SHI | ~Canteen Date : 20040420 | $0.00 | $45.64 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2705368 | | SHI | ~20040404 To 20040410 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2705369 | | SHI | ~20040404 To 20040410 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040422 12:36 | EX - External Disbursement | 2708962 | 44267 | SHI | ~CHECK TO SHERRY RAMOS ~SHERRY RAMOS | $0.00 | $200.00 | $0.00 | $0.00 |
| 20040426 09:03 | ML - Mail | 2715849 | | SHI | ~POSTAL 06853045228 PO 014400 ~WERZBUCKE, VIRGINIA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040427 22:30 | CN - Canteen | 2723831 | | SHI | ~Canteen Date : 20040427 | $0.00 | $49.24 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040527 06:59

Page: 5

| Commit#: | W35608 | | MCI SHIRLEY (MEDIUM) | |
|---|---|---|---|---|
| Name: | FUNDERBERG, JERRY,, | | Statement From | 20031118 |
| Inst: | MCI SHIRLEY (MEDIUM) | | To | 20040518 |
| Block: | F-2 | | | |
| Cell/Bed: | 58/58B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040428 23:01 | PY - Payroll | 2733611 | | SHI | ~20040411 To 20040417 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2733612 | | SHI | ~20040411 To 20040417 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040430 08:17 | ML - Mail | 2741039 | | SHI | ~POSTAL# 06530942981~WERZBUCKE, VIRGINIA,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2762467 | | SHI | ~20040418 To 20040424 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2762468 | | SHI | ~20040418 To 20040424 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040507 14:09 | IC - Transfer from Inmate to Club A/c | 2771367 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040510 08:25 | ML - Mail | 2773099 | | SHI | ~POSTAL# 06853053936~WERZBUCKE, VIRGINIA,, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040510 08:25 | VI - Visitation | 2773103 | | SHI | ~WESTERN UNION 08-008606755 ~FUNDERBURG, CYNTHIA,, | $200.00 | $0.00 | $0.00 | $0.00 |
| 20040511 22:30 | CN - Canteen | 2782891 | | SHI | ~Canteen Date : 20040511 | $0.00 | $49.89 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2791134 | | SHI | ~20040425 To 20040501 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2791135 | | SHI | ~20040425 To 20040501 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040513 07:32 | IS - Interest | 2794760 | | SHI | | $5.13 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2794761 | | SHI | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20040518 08:55 | ML - Mail | 2822657 | | SHI | ~BROOKS/TRAV EXP 78887942012 ~WERZBUCKE, VIRGINIA,, | $25.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,846.53 | $1,098.57 | $65.23 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $4,054.95 | $262.45 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $4,060.64 | $267.45 | $0.00 | $0.00 | $0.00 | $0.00 |

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "yes" state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                        SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____    _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER