PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241

Petitioner with prison number

___JERRY FUNDERBERG W-35608___

Place of confinement and address: M.C.I. SHIRLEY MEDIUM COMPLEX, P.O. BOX 1218,

SHIRLEY, MASSACHUSETTS 01464

FILED
CLERK'S OFFICE
2004 JUN
U.S. DISTRICT COURT
DISTRICT OF MASS

Respondent:

PAUL DERDINI, SUPERINTENDENT
(name of warden)

### DO NOT USE AS A 28 § 2255

FILING FEE: $5.00
If you are unable to furnish the filing fee you must complete and attach a forma paupers with this habeas corpus.
Any false statements of material fact may serve as the basis for prosecution and conviction for perjury. FACTS only to support your grounds, NO CITATIONS. If a brief is necessary, it must be on 8½ X 11 paper only.
When completed, the original and three copies must be mailed.

### GENERAL INFORMATION

Nature of offense: FIRST DEGREE MURDER, ARMED ROBBERY, UNLAWFUL CARRYING A REVOLVER( INDICTMENTS Nos. 90769-90771).SEE ATTACHED DOCKET SHEET).
Name and location of Court that imposed sentence:

SUFFORK SUPERIOR COURT, BOSTON, MASSACHUSETTS.

Case/Docket No.: 90769-90771    Conviction Date: JUNE 18, 1976

Length of Sentence: FIRST DEGREE LIFE

B. Did you appeal the conviction:    YES(XX)   NO( )

1. First Appeal
   Court and Address: MASSACHUSETTS SUPREME JUDICIAL COURT, 1412 NEW

   COURTHOUSE, PEMBERTON SQUARE, BOSTON, MASSACHUSETTS 02108

Grounds:( SEE: COMMONWEALTH v. FUNDERBERG, 374 Mass. 577 (1978) ATTACHED

HEREWITH THIS PETITION).

Result: APPEAL DENIED                                    Date: MARCH 7, 1978.

Page 1

2. Second Appeal

   Court and Address: MASSACHUSETTS SUPREME JUDICIAL COURT, 1412 NEW COURTHOUSE, PEMBERTON SQUARE, BOSTON, MASSACHUSETTS 02108

   Grounds: INEFFECTIVE ASSISTANCE OF COUNSEL, ERROROUS JURY INSTRUCTIONS, PROSECUTORIAL MISCONDUCT.

   Result: DENIED                                       Date: JULY 6, 1999

   3. Have you challenged the sentence in any other post-conviction proceeding:
      YES (XX)    NO ( )

   Court and Address: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MASSACHUSETTS, 1 COURTHOUSE WAY, SUITE 2300, BOSTON, MASS. 02210

   (SEE ATTACHED APPENDIX HERETO THIS PETITION)

   Results: DENIED                                      Date: 9/01/00

C. If you have NOT been convicted, complete the following:

   1. BRIEFLY describe the TYPE of decision or action which you are challenging:
      NOT APPLICABLE

   2. Who made the decision:     NOT APPLICABLE
                                                        Date: N/A

   3. Was there a hearing of any kind:    YES ( )    NO ( )  N/A

      First Hearing
      Conducted by: N/A                    Location    N/A
      Result:                  N/A
                                                        Date: N/A

## ADMINISTRATIVE REMEDY PROCEDURES

If your claim concerns a PAROLE matter, complete the following:

Did you appeal the decision to the National Appeals Board, U.S. Parole Commission?
YES ( )   NO ( )   N/A

Appeal filing date: ___N/A___    Grounds raised: ___N/A___

_____

_____

Results: _____N/A_____

_____

_____ Date: ___N/A___

B. If your claim concerns something OTHER than parole, complete the following regarding administrative remedy procedures (See 28 C.F.R. § 542.10).

1. Did you attempt to resolve your complaint informally?
   YES ( )   NO ( )   N/A

2. Did you file a formal complaint?     YES ( )   NO ( ) N/A

3. Did you appeal to the Warden?        YES ( )   NO ( ) N/A

4. Did you appeal to the Regional Director?   YES ( )   NO ( ) N/A

5. Did you appeal to the General Counsel?     YES ( )   NO ( ) N/A

6. If you did not use the Administrative Remedy Procedure, explain why you did not do so:   _Because this action deals with a collateral challenge of_
_petitioner's instant conviction and sentence._

C. Have you filed any previous lawsuits related to your present claim(s)?
   YES ( )   NO ( )   N/A

Name and location of Court: _____N/A_____

Case Number: ___N/A___    Filing Date: ___N/A___

Nature of Suit: ___N/A___

Grounds Raised: _____N/A_____

_____

_____

Results: ____N/A_____ Date: ___N/A___

### GROUNDS FOR RELIEF

State **concisely** every ground on which you claim that you are being held **unlawfully**. Summarize **briefly** the **facts** supporting each ground. It is not necessary to cite cases or law in this petition. However, if you wish to cite cases or law you should do so in a separate memorandum or brief. If necessary, you may attach pages stating additional grounds and facts supporting same.

1. Ground one: ____ACTUAL INNOCENCE_____

_____

_____

Supporting FACTS (tell your story briefly without citing cases of law:

   (SEE ATTACHED MEMORANDUM OF LAW HERETO THIS PETITION)

_____

_____

2. Ground two: __INEFFECTIVE ASSISTANCE OF COUNSEL DURING PLEA AND

SENTENCING, AS WELL AS, APPEALS AND POST CONVICTION.

Supporting FACTS (tell your story briefly without citing cases of law:

   (SEE ATTACHED MEMORANDUM OF LAW HERETO THIS PETITION)

_____

_____

3. Ground three: PROSECUTORIAL MISCONDUCT_____

_____

_____

4. Ground four: ___N/A___

_____

_____

_____

### REQUEST FOR RELIEF AND CERTIFICATION

Wherefore, petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

I declare under penality of perjury that the foregoing is true and correct.

Date: This ___6___ day of ___June___, 2004

_____
Petitioner: JERRY FUNDERBERG, PRO-SE
W-35608
MCI-SHIRLEY MEDIUM
P.O. BOX 1218
SHIRLEY, MASSACHUSETTS 01464