UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JERRY FUNDERBERG,
        Plaintiff,

                                    Civil Action No. 04-11279-GAO

    v.

PAUL VERDINI,
        Defendant.

## ORDER OF DISMISSAL

O'TOOLE, D.J.

    In accordance with this Court's order dated June 22, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                          By the Court,

                                          s/ Linn A. Weissman
                                          Deputy Clerk

Date June 22, 2004

(noticeofdismissal.wpd - 12/98)                                      [odism.]